UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD DYLAN JONES, | No. 2:19-cv-1814 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| DERICK TREDINNICK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's IFP request was previously granted, but his complaint was rejected with leave to amend. ECF No. 6.

Plaintiff filed a First Amended Complaint on October 31, 2019. ECF No. 8. First Amended Complaint omits claims against certain defendants named in the original complaint, and names additional defendants. Id.

The undersigned has reviewed the First Amended Complaint pursuant to 28 U.S.C. § 1915A(b), and finds that it states a cognizable claim for relief pursuant to 42 U.S.C. § 1983. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    a. Placer County Sherriff's Officer Derick Tredinnick

    b. Placer County Sheriff's officer Timothy Gualco

    c. Placer County Sherriff's Officer Ken Addison

2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the First Amended Complaint filed October 31, 2019.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. 4 copies of the endorsed First Amended Complaint filed October 31, 2019.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The Clerk's office is directed to amend the case caption to reflect the change in named defendants.

DATED: November 22, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   LLOYD DYLAN JONES,                     No.  2:19-cv-1814 JAM AC PS
12              Plaintiff,
13         v.                               NOTICE OF SUBMISSION
14   DERIK TREDINNICK, et al.,
15              Defendants.
16
17         Plaintiff submits the following documents in compliance with the court's order filed
18   _____:
19         ____       completed summons form
20         ____       completed USM-285 forms
21         ____       copies of the _____
                                        Complaint
22
23   DATED:
24
25                                                 _____
                                                   Plaintiff
26
27
28
                                              1
</pre>