UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD DYLAN JONES, | No. 2:19-cv-01814-JAM-AC (PS) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DERIK TREDINNICK, et al., | |
| Defendants. | |

     On July 7, 2020, defendants filed a motion to dismiss this case. ECF 22. Pursuant to Local Rule 230(l), plaintiff's opposition was due 21 days after the motion was filed. An amended certificate of service was filed July 24, 2020. ECF No. 23. Based on the amended certificate of service date, plaintiff's opposition was due August 14, 2020. That deadline has now passed, and plaintiff has not filed the anticipated opposition. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to file an opposition should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: August 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE