UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD DYLAN JONES,<br><br>         Plaintiff,<br><br>    v.<br><br>DERIK TREDINNICK, et al.,<br><br>         Defendants. | No.  2:19-cv-01814 JAM AC PS<br><br><br>ORDER |

Plaintiff is a recently released (ECF No. 29) prisoner proceeding pro se.  The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(17) and (21).  On September 2, 2020, the undersigned submitted findings and recommendations that this case be dismissed for failure to prosecute, due to plaintiff's failure to respond to defendants' pending motion to dismiss and failure to update his address.  ECF No. 28.  Plaintiff filed timely objections explaining the circumstances that caused his failure to participate in this case.  ECF No. 29.  Finding good cause, the undersigned VACATES the findings and recommendations at ECF No. 28.

////

////

////

////

1

1  The motion to dismiss at ECF No. 26 is REINSTATED and will be heard on the papers.
2  Plaintiff must file an opposition or statement of non-opposition no later than October 5, 2020.
3  Reply briefing will be due October 12, 2020.
4      IT IS SO ORDERED.
5  DATED: September 21, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2